**ACTION BY CONSENT
AND
AUTHORIZATION OF
THE CHIEF OPERATING
OFFICER AND MEMBER
OF
JET MIDWEST GROUP, LLC**

**Dated: September 13, 2021**

The undersigned is the Chief Operating Officer and a Member of Jet Midwest Group, LLC (the "**Company**"). Section 3.2(k) of the Operating Agreement of the Company provides that each officer of the Company who is also a member of the Company shall have the power and authority, on behalf of the Company to execute and file any bankruptcy petition on behalf of the Company. The undersigned hereby authorizes the following actions and adopt the following resolutions as of the date hereof:

**WHEREAS,** the Company has reviewed and considered the financial and operational condition of the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company and the contingent liabilities of the Company; and

**WHEREAS,** the Company has received, reviewed, and considered the recommendations of legal, financial, and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of chapter 7 of title 11 of the United States Code (the **"Bankruptcy Code"),** as well as other non-bankruptcy alternatives.

**NOW, THEREFORE, IT IS:**

**RESOLVED,** that it is desirable and in the best interests of the Company and its creditors, employees, and other interested parties that a petition be filed by the Company seeking an order for relief under the provisions of chapter 7 of the Bankruptcy Code (the **"Chapter 7 Case");**

**RESOLVED FURTHER,** that Paul Kraus who is the Chief Executive Officer of the Company and also a member of the Company and the undersigned who is the Chief Operating Officer and also a Member of the Company (collectively, the **"Authorized Officers"),** acting alone or with the other Authorized Officer, has the authority to execute and file on behalf of the Company all petitions, schedules, lists, and other papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief;

**RESOLVED FURTHER,** that each of the Authorized Officers, acting alone or with each other, be, and hereby is, authorized and directed to employ the law firm of Elkins Kalt Weintraub Reuben Gartside LLP as counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings;

1

**RESOLVED FURTHER** that each of the Authorized Officers, acting alone or with each other, be, and hereby is, authorized and empowered for, in the name of and on behalf of the Company to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such instruments as each, in her or his discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

**RESOLVED FURTHER,** that all of the acts and transactions taken by the Authorized Officers, in the name and on behalf of the Company, relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified; and

**RESOLVED FURTHER,** that this written consent may be executed in any number of counterparts and by facsimile, portable document format, or other reproduction, and such execution shall be considered valid, binding, and effective for all purposes.

IN **WITNESS WHEREOF,** the undersigned has executed this consent and authorization as of the date first written above.

_____
Karen Kraus