United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-11524-MT |
| Jet Midwest Group, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Apr 29, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jet Midwest Group, LLC, 5901 W Century Blvd Suite 1410, Los Angeles, CA 90045-5436 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2024            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron J Malo | on behalf of Creditor Kenneth M. Woolley amalo@sheppardmullin.com abilly@sheppardmullin.com;rgolder@sheppardmullin.com |
| Aaron J Malo | on behalf of Counter-Claimant Kenneth M Woolley amalo@sheppardmullin.com abilly@sheppardmullin.com;rgolder@sheppardmullin.com |
| Aaron J Malo | on behalf of Defendant Kenneth M Woolley amalo@sheppardmullin.com abilly@sheppardmullin.com;rgolder@sheppardmullin.com |
| Aaron J Malo | on behalf of Counter-Claimant F. Paul Ohadi amalo@sheppardmullin.com abilly@sheppardmullin.com;rgolder@sheppardmullin.com |
| Aaron J Malo | on behalf of Counter-Claimant The F. Paul Ohadi Trust Dated December 15  1999 amalo@sheppardmullin.com, |

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 2 of 5 |
| Date Rcvd: Apr 29, 2024 | Form ID: pdf042 | Total Noticed: 1 |

abilly@sheppardmullin.com;rgolder@sheppardmullin.com

Amy L Goldman (TR)
    marisol.jaramillo@lewisbrisbois.com  AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com

Ashleigh A Danker
    on behalf of Interested Party Courtesy NEF adanker731@gmail.com

Ashleigh A Danker
    on behalf of Trustee Amy L Goldman (TR) adanker731@gmail.com

Beth Ann R. Young
    on behalf of Interested Party Courtesy NEF bry@lnbyg.com  bry@lnbyb.com

Claire K Wu
    on behalf of Creditor Top Jet Enterprises  Ltd. claire.wu@pillsburylaw.com,
    irene.hooper@pillsburylaw.com;docket@pillsburylaw.com

Claire K Wu
    on behalf of Trustee Amy L Goldman (TR) claire.wu@pillsburylaw.com
    irene.hooper@pillsburylaw.com;docket@pillsburylaw.com

Claire K Wu
    on behalf of Attorney Pillsbury Winthrop Shaw Pittman LLP claire.wu@pillsburylaw.com
    irene.hooper@pillsburylaw.com;docket@pillsburylaw.com

Claire K Wu
    on behalf of Creditor Jet Midwest International Co.  Ltd. claire.wu@pillsburylaw.com,
    irene.hooper@pillsburylaw.com;docket@pillsburylaw.com

Craig G Margulies
    on behalf of Interested Party Courtesy NEF Craig@MarguliesFaithlaw.com
    Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies
    on behalf of Counter-Claimant KMW Business Jets  LLC Craig@MarguliesFaithlaw.com,
    Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies
    on behalf of Defendant KMW Business Jets  LLC Craig@MarguliesFaithlaw.com,
    Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies
    on behalf of Counter-Claimant Kenneth M Woolley Craig@MarguliesFaithlaw.com
    Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies
    on behalf of Creditor KMW Business Jets  LLC Craig@MarguliesFaithlaw.com,
    Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

David B Shemano
    on behalf of Counter-Claimant Alta Airlines Holdings  LLC dshemano@shemanolaw.com

David B Shemano
    on behalf of Defendant Alta Airlines Holdings  LLC dshemano@shemanolaw.com

David B Shemano
    on behalf of Creditor Alta Airlines Holdings  LLC dshemano@shemanolaw.com

Eve H. Karasik
    on behalf of Interested Party Karen Krause ehk@lnbyg.com

Eve H. Karasik
    on behalf of Creditor Jet Midwest International Co.  Ltd. ehk@lnbyg.com

Eve H. Karasik
    on behalf of Interested Party Paul Kraus ehk@lnbyg.com

Eve H. Karasik
    on behalf of Interested Party Courtesy NEF ehk@lnbyg.com

Eve H. Karasik
    on behalf of Creditor Jet Midwest Inc. ehk@lnbyg.com

Gary E Klausner
    on behalf of Creditor Jet Midwest Inc. gek@lnbyg.com

Gary E Klausner
    on behalf of Interested Party Courtesy NEF gek@lnbyg.com

Hannah Waldman
    on behalf of Counter-Claimant The F. Paul Ohadi Trust Dated December 15  1999 hwaldman@ggfirm.com,
    calendar@greenbergglusker.com,cmillerwatkins@greenbergglusker.com

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 3 of 5 |
| Date Rcvd: Apr 29, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Hannah Waldman
    on behalf of Counter-Claimant F. Paul Ohadi hwaldman@ggfirm.com calendar@greenbergglusker.com,cmillerwatkins@greenbergglusker.com

Hannah G. Waldman
    on behalf of Creditor F. Paul Ohadi hwaldman@ggfirm.com calendar@greenbergglusker.com,cmillerwatkins@greenbergglusker.com

Hugh M Ray
    on behalf of Plaintiff Top Jet Enterprises Ltd. hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com,docket@pillsburylaw.com

Hugh M Ray
    on behalf of Trustee Amy L Goldman (TR) hugh.ray@pillsburylaw.com nancy.jones@pillsburylaw.com,docket@pillsburylaw.com

Hugh M Ray
    on behalf of Plaintiff Amy Goldman hugh.ray@pillsburylaw.com nancy.jones@pillsburylaw.com,docket@pillsburylaw.com

Hugh M Ray
    on behalf of Attorney Pillsbury Winthrop Shaw Pittman LLP hugh.ray@pillsburylaw.com nancy.jones@pillsburylaw.com,docket@pillsburylaw.com

Hugh M Ray
    on behalf of Plaintiff Jet Midwest International Co. Ltd. hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com,docket@pillsburylaw.com

J. Barrett Marum
    on behalf of Defendant Kenneth M Woolley bmarum@sheppardmullin.com egarcia@sheppardmullin.com

J. Barrett Marum
    on behalf of Counter-Claimant Kenneth M Woolley bmarum@sheppardmullin.com egarcia@sheppardmullin.com

Jeffrey S Kwong
    on behalf of Interested Party Courtesy NEF jsk@lnbyg.com jsk@ecf.inforuptcy.com

Jeffrey S Kwong
    on behalf of Creditor Jet Midwest Inc. jsk@lnbyg.com jsk@ecf.inforuptcy.com

Jeffrey S Kwong
    on behalf of Interested Party Karen Krause jsk@lnbyg.com jsk@ecf.inforuptcy.com

Jeffrey S Kwong
    on behalf of Interested Party Paul Kraus jsk@lnbyg.com jsk@ecf.inforuptcy.com

Jonathan Serrano
    on behalf of Trustee Amy L Goldman (TR) jonathan.serrano@dinsmore.com

Jonathan R Doolittle
    on behalf of Creditor Jet Midwest International Co. Ltd. jonathan.doolittle@pillsburylaw.com, courtalertecf@pillsburylaw.com

Jonathan R Doolittle
    on behalf of Creditor Top Jet Enterprises Ltd. jonathan.doolittle@pillsburylaw.com, courtalertecf@pillsburylaw.com

Jonathan R Doolittle
    on behalf of Trustee Amy L Goldman (TR) jonathan.doolittle@pillsburylaw.com courtalertecf@pillsburylaw.com

Jonathan R Doolittle
    on behalf of Plaintiff Amy Goldman jonathan.doolittle@pillsburylaw.com courtalertecf@pillsburylaw.com

Jonathan R Doolittle
    on behalf of Plaintiff Top Jet Enterprises Ltd. jonathan.doolittle@pillsburylaw.com, courtalertecf@pillsburylaw.com

Jonathan R Doolittle
    on behalf of Plaintiff Jet Midwest International Co. Ltd. jonathan.doolittle@pillsburylaw.com, courtalertecf@pillsburylaw.com

Jonathan Seligmann Shenson
    on behalf of Interested Party F. Paul Ohadi jshenson@greenbergglusker.com calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com

Jonathan Seligmann Shenson
    on behalf of Counter-Claimant The F. Paul Ohadi Trust Dated December 15 1999 jshenson@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com

Jonathan Seligmann Shenson
    on behalf of Creditor F. Paul Ohadi jshenson@ggfirm.com calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com

Jonathan Seligmann Shenson
    on behalf of Defendant The F. Paul Ohadi Trust Dated December 15 1999 jshenson@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com

Jonathan Seligmann Shenson

| | |
|---|---|
| | on behalf of Counter-Claimant F. Paul Ohadi jshenson@greenbergglusker.com calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com |
| Jonathan Seligmann Shenson | on behalf of Defendant F. Paul Ohadi jshenson@greenbergglusker.com calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com |
| Juliet Y. Oh | on behalf of Creditor Jet Midwest Inc. jyo@lnbyg.com jyo@lnbyb.com |
| Keith Patrick Banner | on behalf of Counter-Claimant F. Paul Ohadi kbanner@greenbergglusker.com calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com |
| Keith Patrick Banner | on behalf of Interested Party F. Paul Ohadi kbanner@greenbergglusker.com calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com |
| Keith Patrick Banner | on behalf of Defendant F. Paul Ohadi kbanner@greenbergglusker.com calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com |
| Keith Patrick Banner | on behalf of Counter-Claimant The F. Paul Ohadi Trust Dated December 15 1999 kbanner@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com |
| Keith Patrick Banner | on behalf of Creditor F. Paul Ohadi kbanner@ggfirm.com calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com |
| Lovee D Sarenas | on behalf of Interested Party Courtesy NEF lovee.sarenas@dinsmore.com michael.kerr@dinsmore.com |
| Mark S Horoupian | on behalf of Interested Party Extra Space Storage Inc. and Extra Space Storage LP mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com |
| Ori Katz | on behalf of Counter-Claimant F. Paul Ohadi okatz@sheppardmullin.com lsegura@sheppardmullin.com |
| Ori Katz | on behalf of Defendant Kenneth M Woolley okatz@sheppardmullin.com lsegura@sheppardmullin.com |
| Ori Katz | on behalf of Counter-Claimant Kenneth M Woolley okatz@sheppardmullin.com lsegura@sheppardmullin.com |
| Ori Katz | on behalf of Counter-Claimant The F. Paul Ohadi Trust Dated December 15 1999 okatz@sheppardmullin.com, lsegura@sheppardmullin.com |
| Peter J Mastan | on behalf of Interested Party Peter J. Mastan peter.mastan@dinsmore.com SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com |
| Peter J Mastan | on behalf of Interested Party Courtesy NEF peter.mastan@dinsmore.com SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com |
| Peter J Mastan | on behalf of Attorney Dinsmore & Shohl LLP peter.mastan@dinsmore.com SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com |
| Peter J Mastan | on behalf of Trustee Amy L Goldman (TR) peter.mastan@dinsmore.com SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com |
| Peter W Lianides | on behalf of Creditor McMinnville Properties LLC plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Randye B Soref | on behalf of Creditor Polsinelli LLP. rsoref@polsinelli.com ccripe@polsinelli.com;ladocketing@polsinelli.com |
| Richard P Steelman, Jr | on behalf of Interested Party Courtesy NEF rps@lnbyg.com john@lnbyb.com |
| Richard P Steelman, Jr | on behalf of Interested Party Karen Krause rps@lnbyg.com john@lnbyb.com |
| Richard P Steelman, Jr | on behalf of Creditor Jet Midwest Inc. rps@lnbyg.com john@lnbyb.com |
| Richard P Steelman, Jr | |

Case 1:21-bk-11524-MT    Doc 368    Filed 05/01/24    Entered 05/01/24 21:28:22    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0973-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Apr 29, 2024 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Paul Kraus rps@lnbyg.com  john@lnbyb.com |
| Roye Zur | on behalf of Debtor Jet Midwest Group  LLC rzur@elkinskalt.com, TParizad@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com |
| Russell Clementson | on behalf of U.S. Trustee United States Trustee (SV) russell.clementson@usdoj.gov |
| Samuel Mushegh Boyamian | on behalf of Interested Party Courtesy NEF samuel@marguliesfaithlaw.com angela@marguliesfaithlaw.com,vicky@marguliesfaithlaw.com |
| Samuel Mushegh Boyamian | on behalf of Counter-Claimant KMW Business Jets  LLC samuel@marguliesfaithlaw.com, angela@marguliesfaithlaw.com,vicky@marguliesfaithlaw.com |
| Samuel Mushegh Boyamian | on behalf of Creditor KMW Business Jets  LLC samuel@marguliesfaithlaw.com, angela@marguliesfaithlaw.com,vicky@marguliesfaithlaw.com |
| Samuel Mushegh Boyamian | on behalf of Counter-Claimant The F. Paul Ohadi Trust Dated December 15  1999 samuel@marguliesfaithlaw.com, angela@marguliesfaithlaw.com,vicky@marguliesfaithlaw.com |
| Samuel Mushegh Boyamian | on behalf of Defendant KMW Business Jets  LLC samuel@marguliesfaithlaw.com, angela@marguliesfaithlaw.com,vicky@marguliesfaithlaw.com |
| Samuel Mushegh Boyamian | on behalf of Counter-Claimant F. Paul Ohadi samuel@marguliesfaithlaw.com angela@marguliesfaithlaw.com,vicky@marguliesfaithlaw.com |
| Teresa Pilatowicz | on behalf of Creditor KMW Business Jets  LLC tpilatowicz@gtg.legal |
| Teresa Pilatowicz | on behalf of Creditor Alta Airlines Holdings  LLC tpilatowicz@gtg.legal |
| Teresa Pilatowicz | on behalf of Creditor Kenneth M. Woolley tpilatowicz@gtg.legal |
| Teresa Pilatowicz | on behalf of Creditor KMW Leasing XII 6-767 tpilatowicz@gtg.legal |
| Teresa Pilatowicz | on behalf of Creditor KMW Leasing XI 757  LLC tpilatowicz@gtg.legal |
| Teresa Pilatowicz | on behalf of Creditor F. Paul Ohadi tpilatowicz@gtg.legal |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| William M Noall | on behalf of Creditor KMW Business Jets  LLC wnoall@gtg.legal, bknotices@gtg.legal |
| William M Noall | on behalf of Creditor Alta Airlines Holdings  LLC wnoall@gtg.legal, bknotices@gtg.legal |
| William M Noall | on behalf of Creditor F. Paul Ohadi wnoall@gtg.legal  bknotices@gtg.legal |
| William M Noall | on behalf of Interested Party Courtesy NEF wnoall@gtg.legal  bknotices@gtg.legal |
| William M Noall | on behalf of Creditor Kenneth M. Woolley wnoall@gtg.legal  bknotices@gtg.legal |

TOTAL: 97

| | |
|---|---|
| 1 | **PILLSBURY WINTHROP SHAW PITTMAN LLP** |
| | Hugh M. Ray, III (admitted pro hac vice) |
| 2 | hugh.ray@pillsburylaw.com |
| | Reed C. Trechter (admitted pro hac vice) |
| 3 | reed.trechter@pillsburylaw.com |
| | 609 Main Street, Suite 2000 |
| 4 | Houston, TX 77002 |
| | Telephone:    713.276.7661 |
| 5 | Facsimile:    713.960.4017 |
| 6 | Ronald L. Cheng (CA Bar Number 138892) |
| | ronald.cheng@pillsburylaw.com |
| 7 | 725 South Figueroa Street, 36th Floor |
| | Los Angeles, CA 90017-5524 |
| 8 | Telephone: 213-488-3631 |
| | Facsimile: 225-754-4143 |
| 9 | |
| 10 | *Counsel to Jet Midwest International Co., Ltd. and Top Jet Enterprises, Ltd. and* |
| | *Special Litigation Counsel to* |
| 11 | *Amy L. Goldman, chapter 7 Trustee* |

**FILED & ENTERED**

**APR 29 2024**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY Cetulio    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>JET MIDWEST GROUP, LLC,<br><br>　　　　Debtor,<br><br>AMY L. GOLDMAN, TRUSTEE,<br>JET MIDWEST INTERNATIONAL CO.,<br>LTD., and TOP JET ENTERPRISES<br>LIMITED,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KENNETH M. WOOLLEY,<br>F. PAUL OHADI in his capacity as trustee and legal representative of the F. Paul Ohadi Trust dated December 15, 1999 and in his individual capacity, THE F. PAUL OHADI TRUST DATED DECEMBER 15, 1999,<br>ALTA AIRLINES HOLDINGS, LLC,<br>KMW BUSINESS JETS, LLC, and<br>DOES 1-10,<br><br>　　　　Defendants. | Case No. 1:21-bk-11524-MT<br><br>Chapter 7<br><br>Adversary No. 1:23-ap-01012-MT<br><br>**ORDER TO SHOW CAUSE RE CIVIL CONTEMPT FOR VIOLATION OF THE COURT'S DISCOVERY ORDER**<br><br><u>Hearing</u><br><br>Date:　　August 5, 2024<br>Time:　　1:00 p.m.<br>Place:　　Courtroom 302<br>　　　　　21041 Burbank Boulevard<br>　　　　　Woodland Hills, CA 91367<br>Judge:　　Hon. Maureen A. Tighe |

1

4888-8018-6038.v2

On April 13, 2024, Amy L. Goldman, the chapter 7 trustee (the "Trustee") for the estate (the "Estate") of Jet Midwest Group, LLC (the "Debtor") in the above-captioned bankruptcy case (the "Bankruptcy Case"), filed a *Motion For Order To Show Cause Re Civil Contempt For Violation Of The Court's Discovery Order* (the "Motion"). The *Motion* alleges that Kenneth M. Woolley ("Woolley"), F. Paul Ohadi ("Ohadi"), Alta Airlines Holdings, LLC ("Alta"), KMW Business Jets, LLC ("KMW") (together, the "Adversary Defendants"); Karen Kraus, Paul Kraus, Jet Midwest, Inc., Jet Midwest Technik, Inc., Jet Midwest Global, LLC, and Alpha Zulu Av, LLC (together, the "Settled Non-Debtors"); and Dynamic International Airways, LLC / Eastern Airline's ("Dynamic") (each a "Reviewing Party" and collectively, the "Reviewing Parties") have violated the Court's *Order* entered February 6, 2024 (MC ECF No. 347, the "Discovery Order") by failing to review and produce documents and withholding logs initially produced by Extra Space Storage Inc. and Extra Space Storage LP (together, "ESS"). The Trustee subsequently withdrew the Settled Non-Debtors from the Motion.

The Court, having considered the *Motion*, and good cause appearing, hereby finds and directs as follows:

1. The *Motion* is granted.
2. On August 5, 2024, at 1:00 p.m., the Reviewing Parties shall appear, individually or through counsel, in Courtroom 302 of the United States Bankruptcy Court for the Central District of California, 21041 Burbank Boulevard, Woodland Hills, CA 91367, and show cause why the Court should not enter an *Order* pursuant to Federal Rule of Bankruptcy Procedure 9020 that:
    a. Holds the Reviewing Parties, and each of them, in civil contempt of Court for violating the *Discovery Order*;
    b. Requires the Reviewing Parties, jointly and severally, to pay the Trustee a coercive, per diem sanction for each day that they fail to comply with the *Discovery Order* by:
        i. Curing the deficient logs by providing descriptions for each of the documents being withheld;

4888-8018-6038.v2

      ii. Producing all ESS Documents that are facially relevant but are withheld as irrelevant; and

      iii. Producing all ESS Documents that are not privileged.

3. A copy of this *Order to Show Cause* shall be served on counsel for the Reviewing Parties by the Court via a *Notice of Electronic Filing*. Additionally, the Trustee shall serve a copy of this *Order to Show Cause* on the Reviewing Parties in any way permitted by Rule 7004.

4. The parties are to meet and confer again on this specific issue by July 10, 2024.

5. Any response by the Reviewing Parties, or any of them, to this *Order to Show Cause* must be filed with the Court and served on the Trustee by no later than July 12, 2024. The Trustee's reply, if any, shall be filed with the Court and served on the Reviewing Parties no later than July 22, 2024.

**IT IS SO ORDERED.**

\###

Date: April 29, 2024

Maureen A. Tighe
United States Bankruptcy Judge

4888-8018-6038.v2